## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN  DIVISION

**DEBORAH LAWSON**                                                      **PLAINTIFF**

**VS.**                             **CASE NO. 4:12CV00241 JMM**

**STALEY, INC.**                                                      **DEFENDANT**

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.  The parties may also file any stipulation or settlement agreement within the above

stated time.  The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 23rd day of January, 2013.


_____
James M. Moody
United States District Judge